**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-7596**

---

AHMAD MUHAMMAD-ALI,

              Plaintiff - Appellant,

         v.

KU KLUXS KLANS; CORRECT CARE SOLUTIONS; AIKEN COUNTY; SOUTH
CAROLINA, THE STATE OF; AIKEN PUBLIC SAFETY; AIKEN COUNTY
SHERIFFS DEPARTMENT; NORTH AUGUSTA PUBLIC SAFETY; BUCANAN
AUTO; DEPARTMENT OF MENTAL HEALTH; AIKEN COUNTY DETENTION
CENTER,

              Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Aiken.   Mary G. Lewis, District Judge.
(1:15-cv-00308-MGL)

---

Submitted:  December 17, 2015      Decided:  December 22, 2015

---

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Ahmad Muhammad-Ali, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ahmad Muhammad-Ali appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2012). The magistrate judge recommended that relief be denied and advised Muhammad-Ali that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Muhammad-Ali has waived appellate review by failing to file specific objections after receiving proper notice. Accordingly, we affirm the judgment of the district court.

We deny Muhammad-Ali's motion for transcripts at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2